UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS LEWIS JONES,

        Petitioner,        Case No. 1:97-cv-395

v.        Hon. Paul L. Maloney

PEOPLE OF THE STATE OF MICHIGAN,

        Respondent.

_____/

**ORDER DENYING *IN FORMA PAUPERIS* STATUS ON APPEAL**

Petitioner filed a motion for leave to proceed *in forma pauperis* on appeal (docket no. 38). In a notice of deficiency entered on March 27, 2013, petitioner was advised of certain deficiencies in his motion seeking *in forma pauperis* status on appeal. *See* Notice (docket no. 41). Petitioner was further advised that he must comply with the requirements of Fed. Rule App. Proc. 24(a), which include filing (1) a motion for leave to proceed *in forma pauperis;* and, (2) an affidavit showing his inability to pay the required fees in the detail prescribed by Form 4 of the Appendix of Forms. Petitioner subsequently filed a second motion for leave to appeal *in forma pauperis* (docket no. 42). This motion also lacked an affidavit as required by Fed. R. App. P. 24(a). Petitioner has not corrected the deficiencies. Accordingly, petitioner's motions to proceed on appeal *in forma pauperis* (docket nos. 38 and 42) are **DENIED**.

        **IT IS SO ORDERED.**

Date:   May 6, 2013                       /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge